UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| GREGORY DAVID DRAKE | ) | |
| | ) | |
| v. | ) | No. 1:04-cv-149 / 1:02-cr-216 |
| | ) | *Edgar* |
| UNITED STATES OF AMERICA | ) | |

### O R D E R

In accordance with the accompanying memorandum, the Court **GRANTS** the government's motion for en extension of time to respond [Doc. No. 4] and Gregory David Drake's motion to amend his § 2255 motion [Doc. No. 6]. However, for the reasons expressed in the accompanying memorandum, Drake's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 1] is **DENIED**. This action for post-conviction relief is **DISMISSED**.

Should Drake file a timely notice of an appeal from this order, such notice will be treated as an application for a certificate of appealability, which is hereby **DENIED** since he has failed to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2); FED. R. APP. P. 22(b).

In addition, the Court has reviewed this case pursuant to 28 U.S.C. § 1915(a)(3) and Rule 24 of the FEDERAL RULES OF APPELLATE PROCEDURE and hereby **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, any application by Drake for leave to proceed *in forma pauperis* on appeal is **DENIED**. 28 U.S.C. § 1915(a)(3); FED. R. APP. P. 24.

SO ORDERED.

ENTER this *23rd of May, 2005*.

                                             */s/ R. Allan Edgar*
                                             R. ALLAN EDGAR
                                   CHIEF UNITED STATES DISTRICT JUDGE